UNITED STATES DISTRICT COURT **JS-6 / REMAND**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-2496-DMG (SHKx) | Date | February 10, 2021 |
|---|---|---|---|
| Title | *Chase Daniel Daugherty v. James R. Hefflin* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING CASE TO RIVERSIDE COUNTY SUPERIOR COURT**

On January 19, 2021, the Court issued an Order to Show Cause ("OSC") to Defendant James Hefflin as to why this case should not be remanded to Riverside County Superior Court for lack of subject matter jurisdiction. [Doc. # 9.] To date, Hefflin has not filed a response and the January 26, 2021 deadline to do so has long passed. The Court warned that failure to timely file a timely and satisfactory response would result in the remand of this action to state court.

Accordingly, the Court **REMANDS** this case to the Riverside County Superior Court.

**IT IS SO ORDERED.**